UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| DEWAYNE K. SYBBLISS, | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:20-cv-1289-LSC-GMB |
| MERRICK GARLAND, *et al.*, | ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

On June 10, 2021, the Magistrate Judge entered a report recommending the court grant the respondents' motion to dismiss the petition as moot due to Petitioner Dewayne K. Sybbliss's removal to Jamaica on May 27, 2021. (Doc. 13). Although the Magistrate Judge advised Sybbliss of his right to file specific written objections within 14 days, no objections have been received by the court.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the Magistrate Judge's report and **ACCEPTS** his recommendation. Accordingly, the respondents' motion to dismiss the petition as moot is due to be granted. (Doc. 12). The court will dismiss this matter by separate order.

---

[1] The report and recommendation, mailed to Sybbliss at the Etowah County Detention Center, was returned as undeliverable and with the notation, "Return to Sender Released 04/22/2021." (Doc. 16). Sybbliss has not notified the Clerk of his current address.

1

**DONE** and **ORDERED** on July 14, 2021.

_____
L. Scott Coogler
United States District Judge

160704